Motion Granted, Appeal Reversed
and Remanded and Memorandum Opinion filed August 31, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00495-CV

____________

 

EMS GULF COAST L.L.C. N/K/A EMS USA, INC., Appellant

 

V.

 

CENTERPOINT ENERGY PIPELINE SERVICES, INC., AND 

MARK C. SCHROEDER, Appellees

 

 



On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2007-76069

 

 

 



M E M O R
A N D U M   O P I N I O N

This is an appeal from a
judgment signed March 3, 2010.

            On August 25, 2010, the parties filed a joint motion to remand
the cause to the trial court in accordance with a settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court.

 








                                                                                    PER
CURIAM

 

 

Panel consists of Justices
Seymore, Boyce, and Christopher.